Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
Sue Cercone, Bar No. 143122
scercone@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704
Telephone:   559.256.7800
Facsimile:   559.449.4535

Attorneys for Defendant CITY OF SELMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - DIVISION

| | |
|---|---|
| SHANE FRANDSEN,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF SELMA; and DOES 1 THROUGH 10, inclusive,<br><br>  Defendants. | Case No.:  1:16-cv-01048 DAD SKO<br><br>**STIPULATION AND ORDER** |

WHEREAS, the parties herein, by and through their counsel of record, have agreed to mediate the case;

WHEREAS, mediation is set for April 25, 2017 at 10:00 a.m. with Thomas Simonian, in Visalia, California;

WHEREAS, the mediation with Mr. Simonian was scheduled on or about March 24, 2016, following the Mid-Discovery Status Conference on February 21, 2017; and

WHEREAS, with the recent agreement to mediate, the parties agree that modification of the discovery deadlines set forth in the Court's October 25, 2016 Scheduling Order is necessary.

**<u>STIPULATION</u>**

IT IS HEREBY STIPULATED, by and between the parties to this action, through their designated legal counsel, that the following discovery deadlines be continued:

  1. That the Court order April 10, 2017 non-expert discovery deadline be continued to

1  June 1, 2017;

2      2.  That the expert disclosure deadline be continued from April 7, 2017 to May 31,
3  2017;

4      3.  That the rebuttal expert disclosure deadline be continued from April 21, 2017 to
5  June 14, 2017; and

6      4.  That the expert discovery deadline be continued from May 12, 2017 to July 3,
7  2017.

8  Dated: March 30, 2017                                     LIEBERT CASSIDY WHITMORE

By:    /S/
      Jesse J. Maddox
      Sue Cercone
      Attorneys for Defendant CITY OF
      SELMA

Dated: March 30, 2017                                     ADAMS, FERRONE & FERRONE

By:    /S/
      Michael A. McGill
      Attorneys for Plaintiff Shane Frandsen

## **ORDER**

The Court has reviewed the Parties' foregoing fully executed stipulation. (Doc. 19) Based upon a review of the record, and good cause appearing, it is hereby ORDERED that the Scheduling Order (Doc. 8) is hereby MODIFIED as follows:

    1.  The April 10, 2017 non-expert discovery deadline is continued to June 1, 2017;

    2.  The expert disclosure deadline is continued from April 7, 2017 to May 31, 2017;

    3.  The rebuttal expert disclosure deadline is continued from April 21, 2017 to June 14, 2017; and

//

//

Stipulation and Order

8108926.1 SE030-019

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

4. The expert discovery deadline is continued from May 12, 2017 to July 3, 2017.

This modification does not change any other existing scheduling deadlines, including the pretrial conference and trial dates.

IT IS SO ORDERED.

Dated:   **March 31, 2017**                              /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE

Stipulation and Order

8108926.1 SE030-019

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704