# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

SHANE FRANDSEN,

        Plaintiff,

   v.

CITY OF SELMA,

        Defendant.

_____/

Case No. 1:16-cv-01048-DAD-SKO

**ORDER DIRECTING CLERK TO CLOSE CASE**

**(Doc. 23)**

On May 11, 2017, the parties filed a joint Stipulation and Proposed Order for Dismissal with Prejudice, in which the parties notify the Court that this matter has been dismissed with prejudice. (Doc. 23.) This stipulation is signed by all parties who have appeared in this action. (*See id.* at 2.) Accordingly, this matter has been voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated:   **May 15, 2017**            /s/ *Sheila K. Oberto*

                                    UNITED STATES MAGISTRATE JUDGE